FILED

SEP - 7 2016

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

AO 241
(Rev. 06/13)

Page 2

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: *District of Columbia, DC* |
|---|---|

| Name (under which you were convicted): *GERALD JAMES MALLOY* | Docket or Case No.: *06-18298; 06-25494* |
|---|---|

| Place of Confinement: *HOPE VILLAGE, INC. RE-ENTRY Residential Ctr. 2840 LANGSTON PL. S.E. Apt. 103 WASH. DC 20020* | Prisoner No.: *39422-007 DC CODE OFFENDER ONLY. NOT A federal PRISONER* |
|---|---|

| Petitioner (include the name under which you were convicted) *GERALD JAMES MALLOY* | v. | Respondent (authorized person having custody of petitioner) *SUPERIOR Ct of the DISTRICT OF Columbia 500 INDIANA AVE N.W. U.S. PAROLE COMMISSION 90 K St. NE 3rd FLOOR WASH. DC 20534* |
|---|---|---|

The Attorney General of the State of *the District of Col...*

**PETITION**

Case: 1:16-cv-01785
Assigned To : Mehta, Amit P.
Assign. Date : 9/7/2016
Description: Habeas corpus/2255

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:
*SUPERIOR Ct of the District of Columbia 500 INDIANA AVE N.W. WASH. DC 20001 (202)879-1010*
*United States PAROLE COMMISSION 90 K St N.E. WASH. DC. 20001 (202) 346-7000*

    (b) Criminal docket or case number (if you know): *06-18298/06-25494*

2.  (a) Date of the judgment of conviction (if you know): *MAY OF 2007*

    (b) Date of sentencing: *06/29/07*

3.  Length of sentence: *36 months 400.00 FINE 5yr. SUPERIOR RELEASE*

4.  In this case, were you convicted on more than one count or of more than one crime?   ☑ Yes   ☐ No

5.  Identify all crimes of which you were convicted and sentenced in this case:
*(2x) POSS w/ the intent to distri (CRACK) COCAINE by SHAREING OFFENSES COMMITTED while ON RELEASE SINCE 2007 I have been found guilty of 2 SUPERVISE RELEASE VIOLATIONS. 12 month SENTENCE ON 1st VIOLATION NEW CRIME w/ → 24 month SENTENCE ON 2nd VIOLATION Expiration date of SUPERVISE RELEASE WAS 10/13/14.*

6.  (a) What was your plea? (Check one)

    ☐  (1)  Not guilty          ☐  (3)  Nolo contendere (no contest)

    ☑  (2)  Guilty             ☐  (4)  Insanity plea

AO 241
(Rev. 06/13)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did

you plead guilty to and what did you plead not guilty to?

*Plead guilty to All charges.*

(c) If you went to trial, what kind of trial did you have? (Check one)

    ☐ Jury    ☐ Judge only

7.    Did you testify at a pretrial hearing, trial, or a post-trial hearing?

    ☑ Yes    ☐ No

8.    Did you appeal from the judgment of conviction?

    ☐ Yes    ☑ No

9.    If you did appeal, answer the following:

(a) Name of court:

(b) Docket or case number (if you know):

(c) Result:

(d) Date of result (if you know):

(e) Citation to the case (if you know):

(f) Grounds raised:

(g) Did you seek further review by a higher state court?    ☐ Yes    ☐ No

    If yes, answer the following:

    (1) Name of court:

    (2) Docket or case number (if you know):

    (3) Result:

    (4) Date of result (if you know):

AO 241
(Rev. 06/13)

(5) Citation to the case (if you know):

(6) Grounds raised:

(h) Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes   ☐ No

If yes, answer the following:

(1) Docket or case number (if you know):

(2) Result:

(3) Date of result (if you know):

(4) Citation to the case (if you know):

10.   Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?   ☑ Yes   ☐ No

11.   If your answer to Question 10 was "Yes," give the following information:

(a)   (1) Name of court:

*PLEASE SEE EXHIBITS IN ORDER, Attached...*

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☑ Yes   ☐ No

(7) Result:

(8) Date of result (if you know):

AO 241
(Rev. 06/13)

(b) If you filed any second petition, application, or motion, give the same information:

       (1) Name of court:

       (2) Docket or case number (if you know):

       (3) Date of filing (if you know):

       (4) Nature of the proceeding:

       (5) Grounds raised:

       (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

       ☑ Yes    ☐ No

       (7) Result:

       (8) Date of result (if you know):

(c) If you filed any third petition, application, or motion, give the same information:

       (1) Name of court:

       (2) Docket or case number (if you know):

       (3) Date of filing (if you know):

       (4) Nature of the proceeding:

       (5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☑ Yes    ☐ No

(7) Result:

(8) Date of result (if you know):

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application,

or motion?

    (1)  First petition:    ☐ Yes    ☑ No

    (2)  Second petition:    ☐ Yes    ☑ No

    (3)  Third petition:    ☐ Yes    ☑ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

① LACK of LAW EDUCATION
② MENTAL ILLNESS
③ INCARCERATION
④ LACK OF ATTORNEY REPRESENTATION

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. PLEASE SEE Exhibit Notice of Action by US PAROLE COMMISSION

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

I have completed the Prison Litigation Reform Act concerning compliants all the way up to the BP-11 level while housed in the FBOP and I put in proper appeals and compliants to the United States Parole Commission without a response from them. (USPC) Concerning the USPC not crediting my new term of confinement of 24 months with total prior credit time of 39 months And not honoring the expiration date of the 5yr term of Superuise Release.

(b) If you did not exhaust your state remedies on Ground One, explain why:

Please also study Exhibits.

AO 241
(Rev. 06/13)

(c)     **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ☑ Yes     ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

    ☐ Yes     ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?     ☐ Yes     ☐ No

(4) Did you appeal from the denial of your motion or petition?     ☐ Yes     ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?     ☐ Yes     ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

AO 241
(Rev. 06/13)

**(e) Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:

**GROUND TWO:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

*The United States Parole Commission has not honored their own Notice of Action dated May 5, 2015 which after careful study is a closed if at (the super wise release, expiration sentence, time served, immediate release. Please study Exhibits carefully.*

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c)     **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ☑ Yes     ☐ No

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why:

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes     ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

AO 241
(Rev. 06/13)

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☐ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you
        have used to exhaust your state remedies on Ground Two

**GROUND THREE:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The United States Parole has not issued a statement Commission 3rd Floor 90 K St NE Wash DC 20534 or document closing out by expiration the 2006-18298/2006-25494 for the 5yr supervise release which has run out day for day. Also, they (USPC) have not ask Judge J Ramsey Johnson for an additional supervise release period to cover a 24 month prison term, under DC Code Law.

AO 241
(Rev. 06/13)

(b) If you did not exhaust your state remedies on Ground Three, explain why:

(c)    **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☑ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

    ☐ Yes    ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

AO 241
(Rev. 06/13)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Three:

**GROUND FOUR:** *N/A Please Review Exhibits*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

*The United States Parole Commissions Supervise Release Revocation Hearing took place on 5/5/15 nearly two years after the Expiration date and Termination (Supervise Release) date of 8/1/2013. I was served the warrant for violation of Supervise Release (start date 10/13/09 until end date 10/13/14) In December of 2011 in DC Superior Ct where At Arraignment I received a 3 day hold Criminal And possibility of Release or a bailbond I should have received time served on*

(b) If you did not exhaust your state remedies on Ground Four, explain why:
*the new term of confinement of 24 months under DC CODE LAW And According to US PAROLE COMMISSION Policy Manuel.*

(c)    **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☑ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

    ☐ Yes    ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

AO 241
(Rev. 06/13)

Name and location of the court where the motion or petition was filed:


Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):



(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☐ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:


Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):


(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:


(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Four:

AO 241
(Rev. 06/13)

Page 13

13.    Please answer these additional questions about the petition you are filing:

(a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?    ☑ Yes       ☑ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:

(b)    Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

14.    Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?       ☑ Yes       ☐ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

15.    Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?       ☐ Yes       ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

AO 241
(Rev. 06/13)

16.  Give the name and address, if you know, of each attorney who represented you in the following stages of the

judgment you are challenging:

(a) At preliminary hearing:  JONAthAN P WillMott

(202) 393-4944       LAW OFFICE of JONAthAN P
                              WillMott
(b) At arraignment and plea:      PO BOX 72
                                  MT VERNON VA 22121

(c) At trial:

AT United STATES PARoIE CoMMISSION
SupERUISE RelEASE REUOCATION HEARING
Richard L. WAlkER of thE
FEdERAI Public DEfENdER SERUICE
of ClARkbuRg, W.U.

(e) On appeal:                                       study
     N/A                            PleASE, Exhibits
                                    FOR to complete
(f) In any post-conviction proceeding:       these questions.
     N/A

(g) On appeal from any ruling against you in a post-conviction proceeding:
     N/A

17.  Do you have any future sentence to serve after you complete the sentence for the judgment that you are

challenging?        ☑ Yes    ☐ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:
     United STATES PARoIE CoMMISSION 90 K St N.E. WASH DC 20534
                                        (202) 346-7000

(b) Give the date the other sentence was imposed:  4/12/2012

(c) Give the length of the other sentence:  3 YRS. SupERUISE RelEASE

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the

future?        ☐ Yes    ☑ No

18.  TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain

why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

1. Slow duE pROCESS
2. I hAUE MENTAl illNESS
3. My INCARCERATION
4. LACK of ATTORNEY REPRESENTATION - COST
5. No RESPONSE fRom thE United STATES PARoIE
   CoMMISSION.

AO 241
(Rev. 06/13)

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1)     A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

(A)     the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B)     the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C)     the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D)     the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241
(Rev. 06/13)

(2)    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief:

1. IMMEDIATE RELEASE FROM 2006 CF2 025449/2006 CF2 218298 CASES
2. MONETARY DAMAGES IN the AMOUNT OF $10,000.00 to up to $250,000.00 OR MONIES by law FOR EVERYDAY PAST twelve 0 one RELEASE ON
3. Feb. 12, 2015.

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on   9/7/2016   (month, date, year).

Executed (signed) on   9/7/2016   (date).

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

THIS IS AN APPEAL OF 28 U.S.C. § 2254(1) BECAUSE I AM NOT
a fEdERAl pRisONER sERViNG a sEntENCE, I AM A DC
CODE OFFENdER ONly sENtENCE by the DC
SupERioR Ct to pRisON ANd A pERiOd of supERViSE
RElEASE ANd this IS thE Right foRM 2254.

AO 241
(Rev. 06/13)

Page 1

## Petition for Relief From a Conviction or Sentence
## By a Person in State Custody

### (Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus)

#### Instructions

1.    To use this form, you must be a person who is currently serving a sentence under a judgment against you in a state court. You are asking for relief from the conviction or the sentence. This form is your petition for relief.

2.    You may also use this form to challenge a state judgment that imposed a sentence to be served in the future, but you must fill in the name of the state where the judgment was entered. If you want to challenge a federal judgment that imposed a sentence to be served in the future, you should file a motion under 28 U.S.C. § 2255 in the federal court that entered the judgment.

3.    Make sure the form is typed or neatly written.

4.    You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

5.    Answer all the questions. You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a brief or arguments, you must submit them in a separate memorandum.

6.    You must pay a fee of $5. If the fee is paid, your petition will be filed. If you cannot pay the fee, you may ask to proceed in forma pauperis (as a poor person). To do that, you must fill out the last page of this form. Also, you must submit a certificate signed by an officer at the institution where you are confined showing the amount of money that the institution is holding for you. If your account exceeds $ _____ , you must pay the filing fee.

7.    In this petition, you may challenge the judgment entered by only one court. If you want to challenge a judgment entered by a different court (either in the same state or in different states), you must file a separate petition.

8.    When you have completed the form, send the original and ____ copies to the Clerk of the United States District Court at this address:

**Clerk, United States District Court for**
Address
**City, State Zip Code**

9.    <u>CAUTION:</u> You must include in this petition all the grounds for relief from the conviction or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

10.   <u>CAPITAL CASES:</u> If you are under a sentence of death, you are entitled to the assistance of counsel and should request the appointment of counsel.